# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

DeJuan Haywood Haggins,   Civil No. 12-3147 (DWF/LIB)

      Plaintiff,

v.   **ORDER ADOPTING REPORT AND RECOMMENDATION**

Ramsey County; and C.O. Brommerich,
C.O. Kenteria, C.O. Whipps, C.O. Frerichs,
and Sgt. Sonioya, Ramsey, Ramsey County
Jail Employees,

      Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated January 22, 2014. (Doc. No. 50.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Leo I. Brisbois's Report and Recommendation (Doc. No. [50]) is **ADOPTED**.

2. Defendants' Motion for Summary Judgment (Doc. No. [20]), which the Court construes as a Motion to Dismiss, is **GRANTED**.

3. Plaintiff's Complaint (Doc. No. [1]) is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 25, 2014          s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge